UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH & SECURITY FUND et al,<br><br>Plaintiff(s),<br><br>v.<br><br>GREYROCK DRILLING & PILEDRIVING LLC,<br><br>Defendant(s). | CASE NO. 2:22-cv-00648-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Plaintiffs are labor-management trust funds who bring this action against Defendant to seek an audit of Defendant's records and to recover certain financial contributions, liquidated damages, and other fees and costs allegedly due to Plaintiffs, pursuant to certain labor contracts and ERISA. Dkt. No. 1 at 2, 4–5.

(2) On August 24, 2022, upon Plaintiffs' motion, the Clerk of the Court entered default against Defendant. Dkt. No. 11.

(3) Accordingly, it is hereby ORDERED as follows:

    (a)    Plaintiffs shall have **thirty (30) days** from the date of this Order to move for default judgment or other relief.

    (b)    Absent such action, the Court may dismiss this case for failure to prosecute.

    (c)    All pending motions and deadlines in this case are STRICKEN.

Dated this 25th day of August 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk